1
2                       IN THE UNITED STATES DISTRICT COURT
3
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
4
5
IVAN GARCIA OLIVER,
6                                                   No. CV-09-0977 MMC (PR)
7           Plaintiff,
                                                    **JUDGMENT IN A CIVIL CASE**
8    v.
9
STATE OF CALIFORNIA, et al.,
10
            Defendants.
11                                           /
12
         **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues
13
have been tried and the jury has rendered its verdict.
14
         **(X) Decision by Court.** This action came to trial or hearing before the Court. The
15
issues have been tried or heard and a decision has been rendered.
16
         **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby
17
DISMISSED, without prejudice to plaintiff's refiling his claims in a new action after all
18
available administrative remedies have been exhausted.
19
20
21   Dated: August 28, 2009                         Richard W. Wieking, Clerk
22                                                  *Tracy Lucero*
23                                                  By: Tracy Lucero
                                                    Deputy Clerk
24
25
26
27
28